IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:20-cr-00298-DNH |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOHN ZOURDOS,** | ) | |
| **HELEN ZOURDOS, and** | ) | |
| **DIMITRIOS ZOURDOS** | ) | |
| | ) | |
| **Defendants.** | ) | |

## GOVERNMENT'S PROPOSED VERDICT FORM AS TO DIMITRIOS ZOURDOS

Dated: October 22, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ John N. Kane

By: _____

John N. Kane
Assistant Chief
U.S. Department of Justice, Tax Division
Northern Criminal Enforcement Section
Bar Roll No. 515130


CARLA B. FREEDMAN
United States Attorney

/s/ Michael F. Perry

By: _____

Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952

We, the jury, unanimously find as follows as to the Defendant, **DIMITRIOS ZOURDOS**:

### COUNT 1
### Conspiracy to Defraud the United States
### [18 U.S.C. § 371]

1. As to Count 1 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

    _____          _____
    Guilty                     Not Guilty

### COUNT 2
### Tax Evasion
### [26 U.S.C. § 7201 & 18 U.S.C. § 2]

2. As to Count 2 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

    _____          _____
    Guilty                     Not Guilty

### COUNT 3
### Tax Evasion
### [26 U.S.C. § 7201 & 18 U.S.C. § 2]

3. As to Count 3 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

    _____          _____
    Guilty                     Not Guilty

### COUNT 4
### Tax Evasion
### [26 U.S.C. § 7201 & 18 U.S.C. § 2]

4. As to Count 4 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

    _____          _____
    Guilty                     Not Guilty

**COUNT 5**
**Tax Evasion**
**[26 U.S.C. § 7201 & 18 U.S.C. § 2]**

5. As to Count 5 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____                  _____
Guilty                                          Not Guilty

**COUNT 6**
**Tax Evasion**
**[26 U.S.C. § 7201 & 18 U.S.C. § 2]**

6. As to Count 6 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____                  _____
Guilty                                          Not Guilty

**COUNT 7**
**Tax Evasion**
**[26 U.S.C. § 7201 & 18 U.S.C. § 2]**

7. As to Count 7 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____                  _____
Guilty                                          Not Guilty

**COUNT 8**
**Tax Evasion**
**[26 U.S.C. § 7201 & 18 U.S.C. § 2]**

8. As to Count 8 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____                  _____
Guilty                                          Not Guilty

## COUNT 9
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

9. As to Count 9 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____          _____
Guilty                              Not Guilty

## COUNT 10
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

10. As to Count 10 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____          _____
Guilty                              Not Guilty

## COUNT 11
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

11. As to Count 11 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____          _____
Guilty                              Not Guilty

## COUNT 12
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

12. As to Count 12 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

_____          _____
Guilty                              Not Guilty

## COUNT 13
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

13. As to Count 13 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

>   _____              _____
>   Guilty                          Not Guilty

## COUNT 14
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

14. As to Count 14 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

>   _____              _____
>   Guilty                          Not Guilty

## COUNT 15
## Aiding and Assisting in the Preparation of False Tax Returns
## [26 U.S.C. § 7206(2)]

15. As to Count 15 of the Indictment, we, the Jury, unanimously find the Defendant, **DIMITRIOS ZOURDOS**:

>   _____              _____
>   Guilty                          Not Guilty

*WHEN YOU HAVE COMPLETED THE VERDICT SHEET, THE FOREPERSON SHOULD SIGN AND DATE IT AND THEN ALERT THE ASSIGNED MARSHAL.*

So say we all,

Dated: _____         _____
                                              Foreperson