

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*  *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*  *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

February 2, 2022

**VIA CM/ECF**

Hon. David N. Hurd
United States District Court Judge
Room 300, U.S. Courthouse
10 Broad Street
Utica, NY 13501

    Re:   *United States v. Zourdos et al.*, Case No. 5:20-cr-00298-DNH
           Government's Letter Request for Leave to File Overlength Brief in Response
           to Defendants' Post-Trial Motions

Dear Judge Hurd:

    Through this letter, the government seeks leave to file an overlength brief in response to the defendants' post-trial motions filed pursuant to Federal Rules of Criminal Procedure 29 and 33. *See* Dkt. Nos. 106-08. The government's deadline for filing its response is February 7, 2022, Dkt. No. 89 (Text Order dated Nov. 19, 2021), and the government now seeks permission to file a memorandum of law not exceeding 50 pages.

    The government intends to file a consolidated memorandum of law addressing the post-trial motions filed by all defendants, as there is efficiency in describing the governing law and relevant overarching evidence in a single brief. The government finds it necessary to exceed the standard 25-page limit, *see* L. R. Cr. P. 12.1(a), because the case is so factually complex, and because two briefs will be consolidated into one. Specifically, 31 witnesses testified at trial, including two experts, and the parties introduced more than 800 exhibits and sub-exhibits into evidence. The trial transcript alone is more than 1,300 pages long.[1] In synthesizing this evidence, the government must summarize the facts and respond to arguments made by the defendants as to 45 total counts of conviction, 15 for each of the three defendants. Due to the scope of the trial evidence, the government believes its memorandum of law needs to be up to 50 pages in length to address adequately the various factual and legal issues raised by the defendants, including by citing and occasionally quoting from applicable portions of the trial record.

---

[1] This page count does not include the jury selection portion of the trial transcript, which has not been ordered by the parties.

Letter to Hon. David N. Hurd
*U.S. v. Zourdos et al.*
5:20-cr-00298-DNH
February 2, 2022
Page 2

      The government has conferred by email with the defendants (through counsel) about this request, and the defendants have indicated that they are taking no position. In the absence of an explicit objection from the defendants, and for the reasons stated above, the government respectfully urges this Court to issue a text order authorizing the government to file a single overlength brief not exceeding 50 pages in response to the defendants' pending post-trial motions.

                                            Respectfully submitted,

                                            DAVID A. HUBBERT
                                            Acting Assistant Attorney General

                                            /s/ John N. Kane
By:     _____

                                            John N. Kane
                                            Assistant Chief
                                            U.S. Department of Justice, Tax Division
                                            Northern Criminal Enforcement Section
                                            Bar Roll No. 515130


                                            CARLA B. FREEDMAN
                                            United States Attorney

                                            /s/ Michael F. Perry
By:     _____

                                            Michael F. Perry
                                            Assistant United States Attorney
                                            Bar Roll No. 518952


cc:  All counsel of record (via CM/ECF)